PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED

NOV 16 2023

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ______________ DISTRICT OF TEXAS**
**______________ DIVISION**

William E. Bingham
Plaintiff's Name and ID Number

Wain Wright
Place of Confinement

CASE NO.____________________
(Clerk will assign the number)

v.

Christopher farrell Captain Wain wright 2665 Prison Rd 1 Love Texas 75851
Defendant's Name and Address

Donald E. Muniz warden Wain wright 2665 Prison Rd 1 Love Texas 75851
Defendant's Name and Address

Lt Caballero wain wright 2665 Prison Rd 1 Love Texas 75851
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: July 8, 2020
2. Parties to previous lawsuit: Ternarez
   Plaintiff(s) William E. Bingham
   Defendant(s) Warden Ternarez
3. Court: (If federal, name the district; if state, name the county.) United States Court for the Eastern District of Texas Beaumont Division
4. Cause number: ~~Civil Action No 1:20-CV-290~~
5. Name of judge to whom case was assigned: N/A
6. Disposition: (Was the case dismissed, appealed, still pending?) dismissed
7. Approximate date of disposition: July 8 2020

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: wain wright

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: William E. Bingham wain wright

2665 Paison Rd 1 Lone lady Tex 75851

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Christopher farrell

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He allow a inmate to take all of my property

Defendant #2: Warden Donald E. munitz

He Didn't not resolve the situation.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: Lt Caballero

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

He Took him two days to pack my property. By that Time every thing. Came up missing

Defendant #4:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Warden Donald E. Muniz and Captain Christopher farrell, Sr Caballero. allow Stephen Birgers To steal all of my property. From my Cubical while, I was lock up on PHD. I stay on 7- Dorm - 64 - bunk.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like all my property replace. And I would like to be compensate me for. my pain & suffer That is a year of this of being with out my properties, $ 1500.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

William E. Bingham

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

20 50 876

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________

2. Case number: ____________

3. Approximate date sanctions were imposed: ____________

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ______________________
2. Case number: ______________________
3. Approximate date warning was issued: ______________________

Executed on: October 26 23
DATE

William E. Bingham

WILLIAM E BINGHAM
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this Thursday day of October, 20 23.
(Day) (month) (year)

William E. Bingham

WILLIAM E. BINGHAM
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

| | | |
|---|---|---|
| William E. Bingham<br>Petitioner<br><br>v.<br><br>Bobby Lumpkin, et al<br>Director<br>of Texas Department of Criminal Justice,<br>Defendant(s) | ] ] ] ] ] ] ] ] ]] | Civil Action No:________________ |

United States Courts
Southern District of Texas
FILED
NOV 16 2023
Nathan Ochsner, Clerk of Court

## I.
## Jurisdiction & Venue

This is a CIVIL ACTION, authorized by 42 U.S.C. Section 1983 to redress the deprivation under color of State law,of rights secured by the constitution of the united states. This Court has jurisdiction under 28 U.S.C. section 1331 and 1343 (a)(3). Plaintiff, William E. Bingham seeks declaratory relief pursuant to 28 U.S. C. section 2201,and 2202. Plaintiff Bingham claims for injunctive releif are authorized by 28 U.S.C. section 2283 and 2284,and Rule 65 of the Federal Rules od Civil Procedure.

The United States District Court for the Southern District of Texas at Houston is an appropriate venue under 28 U.S.C.Section 1391 (b)(2),because it is where the events giving rise to this claim occurred.

## II.
## Plaintiff

**William E. Bingham,** is and was at all times mentioned herein a prisoner of the State of Texas,in the custody of the Texas Department of Criminal Justice,ID. He is currently confined in the Texas State Prison,in Lovelady,Texas (Wainwright Unit).

Defendant(s)

Bobby Lumpkin, is the Director of the Texas Department of Criminal Justice Id. He is legally responsible for the system-wide operation of all prison units in the State of Texas,and all employees under his direct suspervision.

Warden, Donald E. Muniz,is the Warden of the Wainwright Unit in Lovelady,Texas and Christopher Farrell,Captain of the Wainwright Unit,in Lovelady,Texas.

He is legally responsible for the overall operation of the Wainwright Unit and all prisoners and Staff under his care of the day to day operation,as well as the welfare of all prisoner,and their propertys.

10-11-2022, Lt Cabello, is the officer directly responsible for the inventory of the prisoners property on the respective,that said property was inventoried and stored.

Each defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint each defendant acted under color of state Law and in violation of the Plaintiffs rights.

IV.

Facts of the Case

My name is William E. Bingham (TDCJ# 2050376), I am currently confined to the Wainwright unit of the Texas Department of criminal justice CID. based upon my personal knowledge that on or about the 11 day of October 2022,in Houston County,Texas **Stephen Birgero** did commit theft of property totaling about $ 48 dollars,in violation of Texas penalcode 31.03(a)and (e)(1),and against the peace and dignity of the state of texas."

On Tue day of October 11 ,2022. I was placed in pre-hearing detention. I was unable to pack my own property,TDCJ employee(s) has an affirmative duty to secure and accurately inventory offenders property,which prevents theft by other offenders. (Before such inventory was done by Defendant Lt Caballero, Stephen Birgero entered plaintiffs Cubicle/Hosing area and stole the following propertys (1) Night lamp valued at 12.00 dollars,and Commissary food items valued at 36.00 dollars.

I purchased all of the following items from commissary and was authorized to possess all of the items.

I reported this theft of property to the officials,both written and verbally and went through the proper steps needed to bertaken.Despite reporting it verbally I filed standard forms required by TDCJ-ID. FORM I-128 (step 1 and a Step 2) see attached herein. No effort was made to investigate or return said property,this suit no follows.

During my filings of my grievances It was discovered that said offender Stephen Birgero, functioned as an informant for Christopher Farrell,an

employee for the Wainwright Unit in Lovelady,Texas. And that Capt Farrell would allow offender Birgero to Commit all sorts of rule violations up to; and including criminal acts such as possession and use of illegal drugs and theft of property as part of an immunity agreement in exchange for information.

**Legal Analysis;**

The Texas Theft liability Act, Civil Practice and Remedies code § 134.001-134.005,at 134.003 specifically provides that "A person who commits theft is liable for the damges resulting from the theft. Capt Farrell, knowing that offender Birgero did commit this theft is directly responsible for the lost of property as well as Lt.Cabello who failed to properly secure and stored said property.Farrell intentionally interferred with my Constitutional right to possess my property like any other offender held under his Care,And in direct protection of TDCJ Policy and procedures .

It is clear that when Inmates/Offenders are afforded the opportunity to possess property they are to enjoy a protected interest in that property that cannot be infringed without due process. **Mc Crae v. Hankins,702 F.2d 863 at 869 (5th Cir.1983).** "At a minimum, state laws requires procedures that ensure that an inmates property right is not arbitrarily abrogated. "Brewer v. Collins,857 S.W.2d 819 at 823 (Tex. Crim.App.1993). **No action was taken to avoid other offenders from committing this act of theft of Bingham property,therefor, the defendants are liable for the lost of said propertys..** This is essential to a**"Whitey" Bulger type claim/ Situation** where an informant relied on some style of immunity to commit further crimes while in TDCJ_ID, These type of Acts given by an administrator cannot be allowed.See United States v. Bulger, 928 F.Supp.2d 299 at 303 (D. Mass.2013).See also United States v. Bryan 339 U.S.323 at 340 )1950) (immunity... to apply only to past criminal acts).

For the reasons stated herein Plaintiff William E. Bingham request this Honorable Court to Grant him any and all relief requested,and order the Following official to repay/replace his property in is entirity.

Submitted on this Thursday day of October 26 2023.

BY: William E. Bingham

## DECLARATION OF PLAINTIFF

I,William E. Bingham, declare under penalty of Perjury that all the facts stated herin are true,correct and complete to the best of my knowledge and belief.

## VERIFICATION

Under both state and federal law 28 U.S.C.§ 1746 and State law V.T.C.A. Civil Practice and Remedies code § 132.001 and 132.003, inmates incarcerated in Texas may use a sworn declaration under penaltty of perjury.

My name is William E.Bingham,TDC# 2050376, DOB: 4-28-1959, I am presently located at the Wainwright Unit in Lovelady,Texas. I verify and swear that the facts are true and correct. And is Mailed on This Thur day of October 26 ,20 23 : To the United States District Court for the Southern District of Texas at Houston.

Executed on this Thur day of October 26 ,20 23 .

Plaintiff; William E. Bingham

William E. Bingham
2665 Prison Road 1
lovelady,Texas 75851

cc. File
Court

PLAINTIFF EXHIBITS

| | | | | |
|---|---|---|---|---|
| GRIEVANCE # | 2023096261 | Step 1 | | code 1303 |
| GRIEVANCE # | 2023096261 | step 2 | ID# 2493 | code 904 |
| GRIEVANCE # | 2023020054 | Step 1 | ID# 2493 | code5151598 |
| GRIEVANCE # | Same | Step 2 | ID# 10742 | Code 515/598 |

SEE ATTACHED HEREIN( 4 pages)

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2023096261
Date Received: APR 24 2023
Date Due: 06-03-23
Grievance Code: 904
Investigator ID #: 2493
Extension Date:
Date Retd to Offender: MAY 01 2023

**Offender Name:** William E. Bingham **TDCJ #** 2050376
**Unit:** Wain Wright **Housing Assignment:** I-1-2-8
**Unit where incident occurred:** Wain Wright

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Capt Davis When?
What was their response? none
What action was taken? none

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

I got a grievance with a additional 40 days Extension. The Date on the was 12-27-22 Step 2 grievance # 2023020054 APR 24 2023

I-127 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

APR 2 4 2023

**Action Requested to resolve your Complaint.** I would like to know what action is going taken in matter of my Step-2- grievance # 2023200054

**Offender Signature:** William E Bingham **Date:** 4-23-23

**Grievance Response:**

**An investigation into your claim has been conducted. The grievance in question is being processed in accordance with the guidelines specified in the Offender Grievance Operations Manual. No TDCJ Policy has been violated and/or any employee misconduct discovered. No further action is warranted by this office.**

**ASST. WARDEN**
**J. BURLEYSON**

**Signature Authority:** AW [signature] **Date:** 04/25/23

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**________

**OFFICE USE ONLY**

Initial Submission UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**2nd Submission** **UGI Initials:**_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**3rd Submission** **UGI Initials:**_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

# STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: William E. Bingham TDCJ # 2050376

Unit: Wain Wright Housing Assignment: B-1-2-cell B

Unit where incident occurred: Wain Wright

UGI Recd Date: NOV 2 8 2022

HQ Recd Date: DEC 0 9 2022

Date Due: 1/7/23

Grievance Code: S/S/S98

Investigator ID#: 10742

Extension Date: FEB 1 6 2023

*You must attach the completed [illegible] been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step [illegible] been returned unprocessed.*

JUN 1 3 2023

Give reason for appeal (Be Specific). ~~I am dissatisfied with the response at Step 1 because...~~

I wish To appeal step 1 because Capt Davis and Lt. Caballero That my Commissary was steal on 7-Dorm. my Radio and yellow lamp was steal from The LT office. So if you check with Capt Davis and Lt. Caballero. you will see, I'm not living are run some Kind of game. I just want my property replace.

I-128 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

**Appendix G**

**Offender Signature:** William E. Bingham **Date:** 11-25-22

**Grievance Response:**

Your Step 2 Grievance has been investigated by the Central Grievance Office (CGO). You were appropriately advised at the Step 1 level. There is insufficient evidence to support your claim that the Agency is responsible for your alleged property loss. You signed the inventory sheets when your property was returned to you on 10/17/22, indicating that you reviewed the items listed and they were correct, with no exceptions noted. In the absence of evidence to support your claim, action from this office is not warranted.

**Signature Authority:** J. Back J Back **Date:** MAY 03 2023

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ____Screened ____Improperly Submitted
Comments: ______
Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ____Screened ____Improperly Submitted
Comments: ______
Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ____Screened ____Improperly Submitted
Comments: ______
Date Returned to Offender: ______

# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

**Grievance #:** 2023020054
**Date Received:** OCT 18 2022
**Date Due:** 11-27-22
**Grievance Code:** 515 1598
**Investigator ID #:** 2493
**Extension Date:**
**Date Retd to Offender:** NOV 23 2022

**Offender Name:** William Bingham **TDCJ #** 2050376
**Unit:** wain wright **Housing Assignment:** T-1-2- cell ✓
**Unit where incident occurred:** Wain Wright

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Property officer Capt Davis Sgt Simon When? 10-17-22

What was their response? They told me what steps to take in this matter

What action was taken? none yet

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

I'm asking that the Camera be ran back on 10-11-22. That's the date I went to PHD. I also would like to know what officer gave a inmate the okay to pack my Property. I also need that officer name. my Radio, yellow lamp all my commissary and all my pictures are missing. OCT 18 2022

**I-127 Front** (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

**Appendix F**

OCT 18 2022

**Action Requested to resolve your Complaint.** I would like for ~~any~~ all my Things To be replace

**Offender Signature:** William Bingham **Date:** 10-17-22

**Grievance Response:**

**An investigation into your claim has been conducted. All of your property was collected and inventoried. You confirmed this with your signature on the Prop-05. At this time, all of your property has been returned to you. You also confirmed this with your signature. No further action is warranted by this office.**

**ASST. WARDEN**
**J. BURLEYSON**

**Signature Authority:** AW B **Date:** 11/18/22

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ________

## OFFICE USE ONLY

Initial Submission UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**2nd Submission** **UGI Initials:** ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**3rd Submission** **UGI Initials:** ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**I-127 Back** (Revised 11-2010)

**Appendix F**

**OFFICE USE ONLY**

Grievance #: 2023096261

UGI Recd Date: MAY 03 2023

HQ Recd Date: MAY 10 2023

Date Due: 6-12-23

Grievance Code: 904

Investigator ID#: 1303

Extension Date: 7-22 AUG 24 2023

# Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

**Offender Name:** William E Bingham **TDCJ #** 2050376

**Unit:** Wain Wright **Housing Assignment:** 7-1-2-8

**Unit where incident occurred:** Wain Wright

*You must attach the completed Step 1 Griev... that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 wit... been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

On a step-1 and step-2 grievance, I was given a 40 days Extension the Date on the was 12-27-22. Grievance ~~#~~ #2023020054. I would like to get my step-1 and step-2 - Grievance Back. I would also like to Know what action. Will be Taken in these matters.

**Offender Signature:** William E. Bingham **Date:** may-2-23

**Grievance Response:**

An investigation has been conducted regarding your claims. While every effort is made to process grievances within time limits, there are some instances when time restraints are not met. The Unit Administration and the Central Grievance Office are aware of these instances and corrective action has been taken to resolve this matter. No further action warranted.

T. PHILLIPS

**Signature Authority:** [signature] **Date:** AUG 0 7 2023

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I NEED THE OFFICERS NAME WHO HAD INVENTORIED MY property ON 10-11-22 WHEN I WAS PHD. THE REASON FOR NEEDING THIS INFORMATION IS TO AQUIRE THE REASONINGS AS TO WHY MY property WAS/IS MISSING.

Name: William Bingham No. 2050376 Unit: Wain Wright

Living Quarters: I-1-28 cell Work Assignment: med SQ 2

**DISPOSITION:** (Inmate will not write in this space)

W. Caballero

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*
2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*
3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*
4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*
5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*
6. ☐ *Parole requirements and related information (Unit Parole Counselor)*
7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*
8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Property Officer DATE: 10-19-22

*(Name and title of official)*

ADDRESS: 

[signature]

**SUBJECT:** *State briefly the problem on which you desire assistance.*

To J-Davis, On-10-11-22 while I was in PHD. almost all Property was steal, my Radio, yellow lamp, Commissary, and family address was also Taken. And my pictures. LT. Caballero is the one who inventoried my property. When LT. Caballero put all my things Can't my Radio, and yellow lamp was steal from the LT office. I also have a statement from a Gradual Jackson # 1837737 who live on 7-Dorm 62 ocur at inmate who were call Rib. Take all my Commissary with him. Im Just asking for my thing to be replace. Thank you. I have already file Step(1). my family is up set about this because, Their address & pictures was steal, Please help in this matters

Name: William E Bingham No: 2050376 Unit: Wain Wright

Living Quarters: I-1-2-B Work Assignment: Med SQ

**DISPOSITION:** (Inmate will not write in this space)

There is nothing Classification can do about missing property.
File your Step-one

022
31583

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*
2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*
3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*
4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*
5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*
6. ☐ *Parole requirements and related information (Unit Parole Counselor)*
7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*
8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: J. Davis - PS I Chief Classification DATE: 10-24-22

*(Name and title of official)*

ADDRESS: ______

William E. Bingham #2030376
Wainwright Unit - Dorm 3 22
16 US Prison Rd #1
Lone lady, Texas - 75851

United States Courts
Southern District of Texas
FILED
NOV 16 2023
Nathan Ochsner, Clerk of Court

United States Dis
Southern Distric
P.O. Box 61010
Houston Texas 7