United States District Court
Southern District of Texas
**ENTERED**
December 18, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| WILLIAM BINGHAM, (TDCJ–CID #02050376), Plaintiff, | § CIVIL ACTION NO § 4:23-cv-04386 § § § |
| vs. | § JUDGE CHARLES ESKRIDGE § § |
| CAPTAIN CHRISTOPHER FARRELL, *et al*, Defendants. | § § § § § |

### MEMORANDUM ON TRANSFER

Pending is a complaint under 42 USC § 1983 filed by Plaintiff William Bingham. Dkt 1.

Plaintiff proceeds here *pro se*. He brings this action against prison officials at the Wainwright Unit of the Texas Department of Criminal Justice—Correctional Institutions Division. He sues for violations of civil rights that allegedly occurred there.

The Wainwright Unit is located in Houston County, within the Eastern District of Texas, Lufkin Division.

The interests of justice and the convenience of parties and witnesses support transfer of this action to the United States District Court for the Eastern District of Texas, Lufkin Division. 28 USC §§ 1391, 1404(a).

This action is TRANSFERRED to the United States District Court for the Eastern District of Texas, Lufkin Division.

The motion for leave to proceed *in forma pauperis* filed by William Bingham is DENIED WITHOUT PREJUDICE to reconsideration after transfer. Dkt 2.

SO ORDERED.

Signed on  December 18, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge